[Grafton, June, 1880.]

### HENRY *v*. PRESBY.

TRESPASS *de bonis*, for a colt. Facts found by a referee. One Allard, having mortgaged his mare to the plaintiff, made with the defendant a contract by which the defendant, for the price of $50, was to have a colt to be raised from the mare, and to be taken by the defendant when four months old. When the colt was two months old, Allard mortgaged it and the mare to the plaintiff. When it was four months old, Allard delivered it to the plaintiff, who had been informed of the contract. The defendant took the colt from the plaintiff's possession, and refused to pay him the $50.

*S. B. Page*, for the plaintiff.

*Foster* and *Carpenter*, for the defendant.

BINGHAM, J. The plaintiff, as mortgagee, ratifying the mortgagor's contract with the defendant, was entitled to the price which the defendant was bound to pay before taking the property.

*Judgment for the plaintiff.*

STANLEY, J., did not sit: the others concurred.